IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ROBERT ABT and THERESA ABT, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. G-06-129 |
| § | |
| DICKSON EQUIPMENT COMPANY, § | |
| INC., DICKSON COMPANY OF TEXAS, § | |
| and GREENS PORT SHIP CHANNEL § | |
| PARTNERS, L.P., § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

As set forth in the Court's Order **GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** entered on this date, Defendant Greens Port Ship Channel Partners, L.P.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction is hereby **GRANTED**.  Any and all of Plaintiffs Robert and Theresa Abt's claims asserted against any Defendant in this action are hereby **DISMISSED WITHOUT PREJUDICE, FOR WANT OF SUBJECT MATTER JURISDICTION**.  All relief not herein provided is expressly **DENIED**.  Each  Party is to bear his or its own taxable costs, expenses, and attorneys' fees incurred herein to date.  **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 22nd day of June, 2006, at Galveston, Texas.

Samuel B. Kent
United States District Judge